Form 3A
(10/05)

# United States Bankruptcy Court

District Of **Illinois**

In re **Meeg** , Debtor

Case No. **07-72895**

Chapter **13**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to **274** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **68.5** Check one ☐ With the filing of the petition, or
   ☐ On or before **Dec 28, 07**

   $ **68.50** on or before **Jan 28, 07**

   $ **68.50** on or before **Feb 28, 07**

   $ **68.50** on or before **March 28, 07**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____
Signature of Attorney    Date

_____
Name of Attorney

Signature of Debtor    **11/28/07**
(In a joint case, both spouses must sign.)

Signature of Joint Debtor (if any)    **11/28/07**
Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 28 2007

KENNETH S. GARDNER, CLERK
BY _____ DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re  M___ _____,    Case No. _____
             Debtor

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                               ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

Date: 11-28-2007

_____
*United States Bankruptcy Judge*